IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Richard G Novotny | : | Chapter 13 |
| Beverly J Novotny | : | |
| | : | Case No.  20-10801ELF |
| Debtor(s) | : | |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the <u>Application for Compensation filed at docket number 30</u>


Dated:  <u>June 15, 2020</u>　　　　　　　　　　　　　<u>   /s/ Brad J. Sadek, Esquire   </u>
　　　　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　Sadek and Cooper
　　　　　　　　　　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 502
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　　　　　　　　215-545-0008