# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard G. Novotny<br>Beverly J. Novotny<br>　　　　Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicing agent for GS Mortgage-Backed Securities Trust 2019-SL1<br>　　　　Movant<br>　　vs. | NO. 20-10801 ELF |
| Richard G. Novotny<br>Beverly J. Novotny<br>　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　Trustee | |

## ORDER

AND NOW, this 23rd day of July, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 1228 Stumpf Road, Middle River, MD 21220 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**