United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard G Novotny  
Beverly J Novotny  
    Debtors

Case No. 20-10801-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
```
db/jdb         +Richard G Novotny,    Beverly J Novotny,    1652A Trellis Circle,    Morrisville, PA 19067-6333
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2020 04:21:47
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1
```

               ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Joint Debtor Beverly J Novotny brad@sadeklaw.com,
               bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor Richard G Novotny brad@sadeklaw.com,   bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    GS Mortgage-Backed Securities Trust 2019-SL1
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Richard G. Novotny<br>          Beverly J. Novotny<br>                    Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicing agent for<br>GS Mortgage-Backed Securities Trust 2019-SL1<br>                    Movant<br>     vs. | NO. 20-10801 ELF |
| Richard G. Novotny<br>Beverly J. Novotny<br>                    Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>                    Trustee | |

**ORDER**

AND NOW, this    23rd    day of    July   , 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 1228 Stumpf Road, Middle River, MD 21220 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**