IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Richard G. Novotny | : | Chapter 13 |
| Beverly J. Novotny | : | Case No. 20-10801-ELF |
| Debtor(s) | : | |

___

### ORDER

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,000.00.*

Date: 6/1/21

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

___

* Upon further examination of the Application, following the June 1, 2021 hearing, I found that the time records are arithmetically correct.  Further, I do not believe that it is inexorably the case that the unsecured creditors must receive the amount anticipated in the confirmed plan if post-confirmation events require the allowance of additional administrative expenses, especially if that events are beyond the debtor's control. However, in my view, in this case, some of the time related to a new home purchase and issues relating to obtaining a mortgage are only tangentially related to the chapter 13 plan and that unsecured creditors' distribution should not be reduced because the Debtors wish to purchase a new home and request the assistance of their bankruptcy attorney.  Based on the time records, I have made a partial reduction of the time spent on that issue.  I am prepared to reconsider this ruling and allow the entire amount requested in the Application if, as was suggested at the hearing, the Debtors can afford, propose and obtain approval of a modified plan.  Such a plan would have to increase the base amount of the present ,confirmed plan by at least the $990.00 reduction that I have made to the Application.