### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| Richard G. Novotny | : | Chapter 13 |
| Beverly J. Novotny | : | |
| Debtors | : | Case No.: 21-10801-ELF |
| | : | |

### PRAECIPE TO CHANGE DEBTOR'S ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's mailing address as follows:

106 Willowoak Court
Warminster, PA 18974

Dated: June 8, 2021                              ___/s/ **Brad J. Sadek**___
                                                              Brad J. Sadek, Esquire
                                                              Counsel for Debtor