# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO.: 20-10801-ELF |
| BEVERLY J NOVOTNY, and | ) | |
| RICHARD G NOVOTNY, | ) | |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **HEARING DATE:** |
| Movant | ) | Tuesday, September 21, 2021 |
| vs. | ) | 9:30 A.M. |
| | ) | |
| BEVERLY J NOVOTNY, and | ) | |
| RICHARD G NOVOTNY, | ) | |
| Respondent(s) | ) | |
| and | ) | **LOCATION:** |
| | ) | United States Bankruptcy Court 900 |
| WILLIAM C. MILLER, ESQ. | ) | Market Street |
| Trustee | ) | Courtroom No. 1 |
| | ) | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay filed by Capital One Auto Finance ("Movant"), it is hereby **ORDERED** that the Motion is **GRANTED**.

Movant is hereby permitted to proceed and continue with an action in vehicle repossession (2015 CADILLAC SRX Utility 4D Luxury 2WD V6, V.I.N. 3GYFNBE30FS558923) and is permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Order entered by default.**

Date: 9/21/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**