Philadelphia, PA 19102
215-545-0008

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   Richard G Novotny | : | Chapter 13 |
|   Beverly J Novotny | : | Case No.: 20-10801-elf |
|   Debtor(s) | : | |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located at 1228 Stumpfs Road, Middle River, MD ("Property"), for the sale price of $360,000, pursuant to the terms of a certain real estate agreement of sale dated as of July 8, 2022, to the buyers thereunder, Timothy A. Loxley, II and Rebecca Definbaugh ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $ 2,250

2. Liens paid at closing-     $328,970.98

3. Real estate taxes, sewer, trash and/or other such items     $8,400

4. Property repairs, if any     $_____

5. Real estate commission, at no greater than 6%     $21,600

6. Attorney's fees, if any     $_____

7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at

|   |   | settlement | $_____ |
|---|---|---|---|
| 8. | Other |   | $_____ |
|   |   | ESTIMATED AMT DUE TO SELLER(S) | $ 0.00 |

    This Order is contingent upon any short payoff being approved by PHH Mortgage as first mortgagee and Specialized Loan Servicing as second mortgagee; and the Debtors shall have ninety (90) days from entry of this Order to sell the Property.

    All secured creditors paid any proceeds from the sale shall file an amended proof of claim.

    The title clerk shall fax ((215) 627-6299) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

    Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

                                **BY THE COURT**

                              _____
                              **HONORABLE ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**