IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Richard G Novotny : | Chapter 13 |
|    Beverly J Novotny : | Case No.: 20-10801-elf |
|    Debtor(s) : | |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on July 25, 2022 a true and correct copy of Debtors' Motion to Sell Property and Notice of Expedited Motion was served by electronic delivery or Regular US Mail to the debtors, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

| **Shari Lineberger & Steve Paxton**<br>Agents on behalf of Buyers; Keller Williams Metropolitan<br>Electronic service to *stevecpaxton@gmail.com* | **Lisa Lowe & Teal Clise**<br>Agents on behalf of Seller; eXp Realty LLC<br>Electronic service to teal@tealclise.com |
|---|---|
| **Rebecca A, Solarz, Esq.**<br>Counsel on behalf of Mortgagee, *GS Mortgage-Backed Securities Trust*<br>*c/o Specialized Loan Servicing*<br>Electronic service to *bkgroup@kmllawgroup.com* | **Thomas Song, Esq.**<br>Counsel on behalf of Mortgagee, *PHH Mortgage Corporation*<br>Electronic Service to *tomysong0@gmail.com* |
| **Robert Conley**<br>Chief Executive Officer, *PHH Mortgage Corporation*<br>Regular mail to 3000 Leadenhall Road Mt. Laurel, NJ 08054 | **Mark Lafrenais**<br>Chief Executive Officer, *Specialized Loan Servicing, LLC*<br>Regular mail to 6200 S. Quebec Street Greenwood Village, CO 80111 |

Dated: July 11, 2022                    /s/Brad J. Sadek, Esq
                                                                 Brad J. Sadek, Esq.
                                                                 Attorney for Debtor
                                                                 Sadek and Cooper
                                                                 1315 Walnut Street, #502
                                                                 Philadelphia, PA 19107
                                                                 Phone: 215-545-0008