# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 08/31/2022 |
| Disbursement Date | 08/31/2022 |
| Settlement Agent | Real Estate Settlements & Escrow, LLC |
| File # | MD-51499-RESE |
| Property | 1228 Stumpfs Road<br>Middle River, MD 21220 |
| Sale Price | $360,000.00 |

## Transaction Information

| | |
|---|---|
| Borrower | Timothy A. Loxley, II and Rebecca Definbaugh<br>4900 Horse Hill Road<br>Baldwin, MD 21013 |
| Seller | Beverly Novotny and Richard Novotny<br>106 Willowoak Court<br>Warminster, PA 18974 |
| Lender | Meridian Bank |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $362,812.64 |
|---|---|---|
| 01 Sale Price of Property | | $360,000.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | | |
| 10 County Taxes 08/15/2022 to 06/30/2023 | | $2,812.64 |
| 11 Assessments | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | | $362,812.64 |
|---|---|---|
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $31,831.69 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan to PHH Mortgage Serv.. | | $324,980.95 |
| 05 Payoff of Second Mortgage Loan to SLS Loan Servicin.. | | $6,000.00 |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes | | |
| 15 County Taxes | | |
| 16 Assessments | | |
| 17 | | |
| 18 | | |
| 19 | | |

### Calculation

| | |
|---|---|
| Total Due to Seller at Closing (M) | $362,812.64 |
| Total Due from Seller at Closing (N) | -$362,812.64 |
| Cash to Close [X] From [ ] To Seller | $0.00 |

## Contact Information

### Real Estate Broker (B)

| | |
|---|---|
| Name | Keller Williams Legacy Metropolitan |
| Address | 4015 Foster Avenue Suite 300<br>Baltimore, MD 21224 |
| ST License ID | 581601 |
| Contact | Steve Paxton |
| Contact ST License ID | |
| Email | stevecpaxton@gmail.com |
| Phone | (410) 245-6476 |

### Real Estate Broker (S)

| | |
|---|---|
| Name | EXP Realty, LLC |
| Address | 137 National Plaza Suite 300<br>Oxon Hill, MD 20745 |
| ST License ID | 519739 |
| Contact | Teal Clise |
| Contact ST License ID | 646248 |
| Email | teal@tealclise.com |
| Phone | (888) 860-7369 |

### Settlement Agency

| | |
|---|---|
| Name | Real Estate Settlements & Escrow, LLC |
| Address | 6 Reservoir Circle<br>Suite 203<br>Baltimore, MD 21208 |
| ST License ID | 2087421 |
| Contact | Dawn Lesinski |
| Contact ST License ID | |
| Email | dawn@resetitle.com |
| Phone | (443) 940-0552 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

# Closing Cost Details

| LOAN COSTS | Seller Paid At Closing | Before Closing |
|---|---|---|
| **A. Origination Charges** | | |
| 01. 0% of Loan Amount (Points) | | |
| 02. | | |
| 03. | | |
| 04. | | |
| 05. | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01. | | |
| 02. | | |
| 03. | | |
| 04. | | |
| 05. | | |
| **C. Services Borrower Did Shop For** | | |
| 01. | | |
| 02. | | |
| 03. | | |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |
| 11. | | |
| 12. | | |

| OTHER COSTS | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01. Recording Fees Deed: $60.00 Mortgage: $60.00 | | |
| 02. Recordation Tax (County Deed Taxes) to Baltimore County MD | $1,800.00 | |
| 03. Transfer Tax (County Deed Taxes) to Baltimore County MD | $5,070.00 | |
| 04. Transfer Tax (State Deed Taxes) to Clerk of the Circuit Court | $900.00 | |
| **F. Prepaids** | | |
| 01. Homeowner's Insurance Premium to Travelers | | |
| 02. Mortgage Insurance Premium | | |
| 03. Prepaid Interest | | |
| 04. Property Taxes | | |
| 05. | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01. Homeowner's insurance | | |
| 02. Mortgage insurance | | |
| 03. Property taxes | | |
| 04. | | |
| 05. | | |
| 06. | | |
| 07. | | |
| 08. | | |
| **H. Other** | | |
| 01. Coordination/Closing Fee to Atlas Loss Mitigation | $2,000.00 | |
| 02. Listing Agent Commission to EXP Realty, LLC | $12,600.00 | |
| 03. Non Tax Lien to Baltimore County, MD | $211.69 | |
| 04. Selling Agent Commission to Keller Williams Legacy Metropolitan | $9,000.00 | |
| 05. Title Review Fee to Real Estate Settlements & Escrow, LLC | $250.00 | |
| 06. | | |
| 07. | | |
| 08. | | |
| 09. | | |
| 10. | | |
| **J. TOTAL CLOSING COSTS** | $31,831.69 | |

_____
Beverly Novotny                                                    Date


_____
Richard Novotny                                                    Date