## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Richard G Novotny | : | Chapter 13 |
| Beverly J Novotny | : | Case No.: 20-10801-elf |
| Debtor(s) | : | |

## ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** this **23rd day of August, 2022**, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, and after a hearing, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. Pursuant to 11 U.S.C.  363(b), the Debtors are **AUTHORIZED** to sell their real property located at 1228 Stumpfs Road, Middle River, MD ("Property"), for the sale price of $360,000, pursuant to the terms of a certain real estate agreement of sale dated as of July 8, 2022, to the buyers thereunder, Timothy A. Loxley, II and Rebecca Definbaugh ("Buyer"), who have been represented to be purchasing the Property at arms-length.

3. The title clerk shall fax ((215) 627-6299) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

4. Pursuant to Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**