United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10801-elf
Richard G Novotny  Chapter 13
Beverly J Novotny
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 23, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

**Recip ID     Recipient Name and Address**
db/jdb     + Richard G Novotny, Beverly J Novotny, 106 Willowoak Court, Warminster, PA 18974-3853

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

**Name     Email Address**

BRAD J. SADEK
    on behalf of Joint Debtor Beverly J Novotny brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Debtor Richard G Novotny brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 1 |

THOMAS SONG
                on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Richard G Novotny | : | Chapter 13 |
| Beverly J Novotny | : | Case No.: 20-10801-elf |
| Debtor(s) | : | |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** this **23rd day of August, 2022**, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, and after a hearing, it is hereby **ORDERED** that

1. The Motion is **GRANTED**.

2. Pursuant to 11 U.S.C. 363(b), the Debtors are **AUTHORIZED** to sell their real property located at 1228 Stumpfs Road, Middle River, MD ("Property"), for the sale price of $360,000, pursuant to the terms of a certain real estate agreement of sale dated as of July 8, 2022, to the buyers thereunder, Timothy A. Loxley, II and Rebecca Definbaugh ("Buyer"), who have been represented to be purchasing the Property at arms-length.

3. The title clerk shall fax ((215) 627-6299) a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

4. Pursuant to Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**