### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Richard G. Novotny | : | |
| Beverly J. Novotny | : | Case No.: 20-10801-ELF |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor(s)' *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: January 16, 2023

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, Pa 19102
brad@sadeklaw.com
215-545-0008