**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Richard G. Novotny | : | Chapter 13 |
| Beverly J. Novotny | : | Case No.:  20-10801-ELF |
| Debtor(s) | : | |

_____

**O R D E R**

    **AND NOW**, upon consideration of the Second Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $2,500.00.

**Dated:**  1/26/23

                                                           _____
                                                           ERIC L. FRANK
                                                           UNITED STATES BANKRUPTCY JUDGE