United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 20-10801-elf

Richard G Novotny                                                               Chapter 13

Beverly J Novotny

　　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +  Richard G Novotny, Beverly J Novotny, 106 Willowoak Court, Warminster, PA 18974-3853

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:**

**Name                          Email Address**

BRAD J. SADEK

on behalf of Joint Debtor Beverly J Novotny brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK

on behalf of Debtor Richard G Novotny brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS

on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bnicholas@kmllawgroup.com
bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com,
bankruptcy@friedmanvartolo.com

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 25, 2023                       Form ID: pdf900                               Total Noticed: 1

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

THOMAS SONG

                    on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com

United States Trustee

                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
| **RICHARD G NOVOTNY** | : | |
| **BEVERLY J NOVOTNY,** | : | |
| Debtors | : | **Bky. No. 20-10801 ELF** |

## O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtors' Amended Chapter 13 Plan (Doc. #89 ) is **APPROVED**.

Date:  **January 24, 2023**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**