United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 20-10801-elf

Richard G Novotny                                                                   Chapter 13

Beverly J Novotny

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

**Recip ID**            **Recipient Name and Address**
db/jdb         + Richard G Novotny, Beverly J Novotny, 106 Willowoak Court, Warminster, PA 18974-3853

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

**Name**            **Email Address**

BRAD J. SADEK

     on behalf of Joint Debtor Beverly J Novotny brad@sadeklaw.com
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK

     on behalf of Debtor Richard G Novotny brad@sadeklaw.com
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS

     on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bnicholas@kmllawgroup.com
     bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ

     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com,
     bankruptcy@friedmanvartolo.com

District/off: 0313-2                             User: admin                                    Page 2 of 2
Date Rcvd: Jan 26, 2023                          Form ID: pdf900                               Total Noticed: 1

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

THOMAS SONG
                        on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| Richard G. Novotny | : | Chapter 13 |
| Beverly J. Novotny | : | Case No.:  20-10801-ELF |
| Debtor(s) | : | |

_____

### O R D E R

    **AND NOW**, upon consideration of the Second Application for Supplemental Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

    It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $2,500.00.

**Dated:**  1/26/23

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE