# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Richard G Novotny | : | Chapter 13 |
| Beverly J Novotny | : | Case No.: 20-10801-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Incur Additional Debt in Support of Obtaining a Mortgage and* respectfully request that the Order attached to the Motion be entered.


Dated: September 14, 2023            /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek and Cooper Law Offices, LLC
                                     1500 JFK Boulevard, Suite #220
                                     Philadelphia, Pa 19102
                                     brad@sadeklaw.com
                                     215-545-0008