### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| RICHARD G NOVOTNY | : | Chapter 13 |
| BEVERLY J NOVOTNY | : | Case No. 20-10801-MDC |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on the date indicated below, a true and correct copy of the Court Order dated September 14, 2023 and the Debtors' Expedited Motion to Incur Additional Debt was served electronically upon the Debtors, the standing chapter 13 trustee, all affected parties, and the Debtors' priority, secured, and unsecured creditors.

Dated: September 13, 2023　　　　　　　　　　　　　　　　 */s/ Brad J. Sadek*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Sadek Law Offices
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 2 Penn Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Philadelphia, Pennsylvania 19102
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 (215) 545-0008
　　　　　　　　　　　　　　　　　　　　　　　　　　　　 brad@sadeklaw.com