**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|   Richard G Novotny | : | Chapter 13 |
|   Beverly J Novotny | : | |
| | : | Case No.: 20-10801-MDC |
| Debtor(s) | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion to Incur Additional Debt filed by the Debtors, and after notice and an opportunity to be heard, it is hereby

**ORDERED** that the Debtors may incur additional debt to obtain a mortgage to purchase real property.

FURTHER ORDERED:

BY THE COURT:

Date: 09/21/2023

*Magdeline D. Coleman*

HONORABLE MAGDELINE D COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE