United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 20-10801-pmm
Richard G Novotny   Chapter 13
Beverly J Novotny
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Dec 12, 2024   Form ID: 138OBJ   Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Richard G Novotny, Beverly J Novotny, 106 Willowoak Court, Warminster, PA 18974-3853 |
| 14505704 | + | GS Mortgage-Backed Securities Trust 2019-SL1, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14469366 | | PHH Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14464807 | | Towson Orthopaedic Associates, PO Box 417775, Boston, MA 02241-7775 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14464796 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 00:27:08 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14464797 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2024 00:20:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14489495 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 13 2024 00:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14464798 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 00:39:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14464799 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 13 2024 00:26:54 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14466759 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 00:28:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14478643 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 13 2024 00:27:45 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14488393 | | Email/Text: BNCnotices@dcmservices.com | Dec 13 2024 00:21:00 | Emergency Care Services of PA, P.C, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14488183 | + | Email/Text: bncmail@w-legal.com | Dec 13 2024 00:21:00 | FOUNDATION FINANCE COMPANY, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14464800 | | Email/Text: administrative@foundationfinance.com | Dec 13 2024 00:21:00 | Foundation Finance Company, Attn: Bankruptcy, |

Case 20-10801-pmm   Doc 118   Filed 12/14/24   Entered 12/15/24 00:37:11   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 437, Schofield, WI 54476 |
| 14492910 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Dec 13 2024 00:21:00 | | GS Mortgage-Backed Securities Trust 2019-SL1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14494237 | | Email/Text: JCAP_BNC_Notices@jcap.com Dec 13 2024 00:21:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14495167 | | Email/Text: BKEBN-Notifications@ocwen.com Dec 13 2024 00:20:00 | | PHH MORTGAGE CORPORATION, PHH MORTGAGE CORPORATION, BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14464801 | + | Email/Text: BKEBN-Notifications@ocwen.com Dec 13 2024 00:20:00 | | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14472554 | + | Email/Text: bankruptcy@bbandt.com Dec 13 2024 00:21:00 | | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14464803 | + | Email/Text: bankruptcy@bbandt.com Dec 13 2024 00:21:00 | | Suntrust Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmon, VA 23285-5092 |
| 14464804 | + | Email/Text: bankruptcy@bbandt.com Dec 13 2024 00:21:00 | | Suntrust Bank, Attn: Bankruptcy, Mail Code VA-RVW-6290 PO Box 85092, Richmond, VA 23285-5092 |
| 14464805 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2024 00:27:16 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14464806 | ^ | MEBN Dec 13 2024 00:16:27 | | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14494412 | + | Email/PDF: ebn_ais@aisinfo.com Dec 13 2024 00:26:49 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14464802 | | Specialized Loan Servicing LLC, P.O. Box 636005 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 12, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

**below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Beverly J Novotny brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Richard G Novotny brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor GS Mortgage-Backed Securities Trust 2019-SL1 bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| THOMAS SONG | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 116 – 115

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Richard G Novotny ) | Case No. 20−10801−pmm |
| ) | |
| ) | |
|    Beverly J Novotny ) | Chapter: 13 |
| ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                      Eastern District of Pennsylvania
                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 12, 2024                                                                                      For The Court

                                                                                                                               Timothy B. McGrath
                                                                                                                               Clerk of Court